IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDNA ARMSTRONG, as Attorney in )
Fact for Thomas Flood; THOMAS  )
FLOOD,                         )
                               )
       Plaintiffs,             )
                               )
v.                             )     CASE NO. CV412-298
                               )
OCWEN MORTGAGE COMPANY;        )
OCWEN LOAN SERVICING COMPANY,  )
LLC; OCWEN FINANCIAL           )
CORPORATION; TAYLOR BEAN &     )
WHITAKER MORTGAGE CORPORATION; )
XYZ CORPORATION; and THE       )
FEDERAL HOME LOAN MORTGAGE     )
CORPORATION,                   )
                               )
       Defendants.             )
                               )

## O R D E R

Before the Court is Plaintiffs' Notice of Dismissal. (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 5th day of December 2012

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA