IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDNA ARMSTRONG, as Attorney in )
Fact for Thomas Flood; THOMAS )
FLOOD, )
　）
　）
　Plaintiffs, )
　）
v. ) CASE NO. CV412-298
　）
OCWEN MORTGAGE COMPANY; )
OCWEN LOAN SERVICING COMPANY, )
LLC; OCWEN FINANCIAL )
CORPORATION; TAYLOR BEAN & )
WHITAKER MORTGAGE CORPORATION; )
XYZ CORPORATION; and THE )
FEDERAL HOME LOAN MORTGAGE )
CORPORATION, )
　）
　Defendants. )
　）

## ORDER

Before the Court is Plaintiffs' Notice of Dismissal. (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 5th day of December 2012

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA